Fred BROWN, Appellee/Cross-Appellant,

v.

STITES CONCRETE, INC.,
Appellant/Cross-
Appellee.

Nos. 91–2581, 91–3057.

United States Court of Appeals,
Eighth Circuit.

Sept. 14, 1992.

The suggestion for rehearing en banc is granted. The judgment and opinion filed by the panel are vacated.

This case will be set for argument before the court en banc at a later date.